# UNITED STATES  DISTRICT COURT

## Northern District of California

UNITED STATES OF AMERICA, et al.,

                 Plaintiffs,

   v.

STEVEN T. HEFFELFINGER,

                 Defendant.

_____/

No. C 10-3818 MEJ

**NOTICE OF REASSIGNMENT**

**ORDER SCHEDULING CMC**

     This matter has been reassigned to Magistrate Judge Maria-Elena James for all purposes, including trial and entry of judgment.  All future filings shall reflect the initials "MEJ" after the case number, as designated above.  As this case has been related to *C10-3817 MEJ, United States of America v. Heffelfinger*, the Court shall conduct a joint case management conference on December 2, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.  The parties shall file a joint case management conference statement by November 24, 2010.

     Plaintiffs shall serve this Order upon Defendant.

     **IT IS SO ORDERED.**

Dated: September 7, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
For the Northern District of California