MELINDA HAAG (CABN 13612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>TAMARA L. HEFFELFINGER and STEVEN T. HEFFELFINGER,<br><br>Respondents. | No. CV 10-3817 MEJ<br>No. CV 10-3818 MEJ<br><br>APPLICATION TO RESCHEDULE HEARING ON ORDER TO SHOW CAUSE AND CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER<br><br>Date: March 31, 2011<br>Time  10:00 a.m.<br>Place  Courtroom B, 15th Floor |

The United States respectfully requests that this Court reschedule the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for January 27, 2011, at 10:00 a.m., to March 31, 2011, at 10:00 a.m.  The parties have tentatively reached a settlement of the issues.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Date: January 24, 2011          /s/ Cynthia Stier
                                CYNTHIA STIER
                                Assistant United States Attorney
                                Tax Division

<u>ORDER</u>

Based upon the above Application, and for good cause appearing, the COURT HEREBY ORDERS that the hearing on the Order to Show Cause and Case Management Conference, currently scheduled for January 27, 2011 at 10:00 a.m., is rescheduled to March 31, 2011, at 10:00 a.m.  A joint statement shall be filed by March 24, 2011.

Dated: January 24, 2011

MARIA ELENA JAMES
CHIEF UNITED STATES MAGISTRATE JUDGE

Application to Reschedule Hearing on Order to Show Cause and Case Management Conference and [Proposed] Order

2