1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  THOMAS MOORE (ASBN 4305-O78T)
   Assistant United States Attorney
3  Chief, Tax Division
   CYNTHIA STIER (DCBN 423256)
4  Assistant United States Attorney
    11th Floor Federal Building
5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7000

7  Attorneys for the United States of America

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11
   UNITED STATES OF AMERICA and          )
12 CHUNG NGO, Revenue Agent,             )      No. C-10-3817-MEJ
                                         )      No. C-10-3818-MEJ
13           Petitioners,                )
                                         )      APPLICATION TO RESCHEDULE
14       v.                              )      HEARING ON ORDER TO SHOW
                                         )      CAUSE AND CASE
15 TAMARA L. HEFFELFINGER and            )      MANAGEMENT CONFERENCE
   STEVEN T. HEFFELFINGER,               )      and [PROPOSED] ORDER
16                                       )
             Respondents.                )      Date: June 16, 2011
17 _____)      Time: 10:00 a.m.

18        The United States respectfully requests that this Court reschedule the hearing on the

19 Order to Show Cause and Case Management Conference, currently scheduled for June 2, 2011,

20 at 10:00 a.m., to June 16, 2011, at 10:00 a.m.  Respondents, Tammy Heffelfinger and Steven

21 Heffelfinger have no opposition to this application to reschedule.

22
                                          Respectfully submitted,
23
                                          MELINDA HAAG
24                                        United States Attorney

25
   Date: May 27, 2011                     /s/ Cynthia Stier
26                                         CYNTHIA STIER
                                          Assistant United States Attorney
27                                        Tax Division

28

1

**ORDER**

2        Based upon the above Application, and for good cause appearing, the COURT HEREBY

3    ORDERS that the hearing on the Order to Show Cause and Case Management Conference,

4    currently scheduled for June 2, 2011, at 10:00 a.m., to June 16, 2011, at 10:00 a.m.

5     Plaintiff shall serve this Order upon Defendants.
          SO ORDERED.

6

7
     DATED:    May 26, 2011                    

8                                           _____
                                            MARIA ELENA JAMES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

US Appl. to Reschedule Hearing On Order To
Show Cause & CMC & [proposed] Order
No. C-10-3817-MEJ; No. C-10-3818-MEJ          2