MELINDA HAAG (CABN 13612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
CYNTHIA STIER (DCBN 423256)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone: (415) 436-7000

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and CHUNG NGO, Revenue Agent,<br><br>Petitioners,<br><br>v.<br><br>TAMARA L. HEFFELFINGER and STEVEN T. HEFFELFINGER,<br><br>Respondents. | No. CV 10-3817 MEJ<br>No. CV 10-3818 MEJ<br><br>NOTICE OF DISMISSAL AND [PROPOSED] ORDER |

Petitioners, United States of America and Chung Ngo, Revenue Agent, hereby advise the Court that respondents, Tamara L. Heffelfinger and Steven T. Heffelfinger, have complied with the Internal Revenue Service summons and request that this action be dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure

Respectfully submitted,

MELINDA HAAG
United States Attorney

Date: June 10, 2011          /s/ Cynthia Stier
                             CYNTHIA STIER
                             Assistant United States Attorney
                             Tax Division

1

<u>ORDER</u>

2   Upon the request of the petitioners and pursuant to Rule 41(a)(2) of the Federal
3   Rules of Civil Procedure, this action is hereby dismissed.

4
           June 10, 2011
5   Dated: _____        _____
                                  MARIA-ELENA JAMES
6                                 UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Dismissal and
[Proposed] Order                          2